UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gale A. Rachuy,                                    Misc. No. 08-68 JMR/FLN

      Plaintiff,

   v.                                           O R D E R

Mark S. Rubin, St. Louis
County, et al.,

      Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated February 2, 2009, all the files

and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1.  Plaintiff's application for leave to proceed *in forma pauperis* [#2] is DENIED;

and

2.  This action is DISMISSED WITHOUT PREJUDICE.

DATED: February 27, 2009.          s/James M. Rosenbaum
at Minneapolis, Minnesota          JUDGE JAMES M. ROSENBAUM
                                   United States District Court