UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gale A. Rachuy,                                                08-MC-68 JMR/FLN

       Plaintiff

                                           ORDER AND
   v.                                             REPORT & RECOMMENDATION

Mark S. Rubin, et al.,

       Defendants.

_____

     This case was dismissed on February 27, 2009, pursuant to an order issued by Judge

Rosenbaum [#6], adopting this Court's Report and Recommendation [#5] that the case be

dismissed because the Plaintiff failed to pay the partial filing fee of $39.00 as previously ordered

by the Court [#4].  The payment was due on January 27.  It has been brought to the Court's

attention that the same day the case was dismissed, the Plaintiff paid the $39.00 partial filing fee.

For reasons that are not readily apparent, the receipt of the filing fee was not docketed until

March 12, 2009 [#10].  On March 10, 2009, this Court issued an order [#9] denying Plaintiff's

renewed motion [#8] in which he had alleged that the filing fee had been paid.  In its order of

March 10 [#9], the Court expressly stated that there was no record that the partial filing fee had

been paid.  It now appears the Court was mistaken in that assertion.  Although paid a month late,

at the time of the Court's March 10, 2009, order [#9], the fee had been paid, but the receipt not

yet docketed.

     Based upon the foregoing and all the files, records and proceedings herein, IT IS

HEREBY ORDERED that this Court's order dated March 10, 2009 [#9] is vacated.

     Even though the partial filing fee was paid a month late and the case was dismissed, the

fee was paid. As the partial filing fee has now been paid, IT IS HEREBY RECOMMENDED

that the Court's order dated February 27, 2009 [#6] be vacated and that the matter be remanded

to the Magistrate Judge to address the merits of the Plaintiff's petition.


DATED: March 20, 2009.                          *s/ Franklin L.  Noel*
                                                FRANKLIN L.  NOEL
                                                United States Magistrate Judge


Pursuant to the Local Rules, any party may object to this Report and Recommendation by filing
with the Clerk of Court and serving on all parties, on or before **April 8, 2009**, written objections
which specifically identify the portions of the proposed findings or recommendations to which
objection is being made, and a brief in support thereof. A party may respond to the objecting
party's brief within ten days after service thereof.  All briefs filed under the rules shall be limited
to 3500 words. A judge shall make a de novo determination of those portions to which objection
is made.

This Report and Recommendation does not constitute an order or judgment of the District Court,
and it is, therefore, not appealable to the Circuit Court of Appeals.